UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

New England College

    v.                                  Civil No. 08-cv-00424-JL

Drew University, et al.

## ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **December 30, 2008.**

Discovery between the plaintiff and defendant Macari will proceed in the normal course as of the date of this order, and the court will endeavor to rule on defendant Drew University's jurisdictional motion expeditiously. Should that motion be denied, the parties will jointly submit a new Discovery Plan within seven days of the order denying the motion.

Based on the discussion between the court and counsel at the conference, defendant Macari will file a second amended answer that answers the complaint's allegations with specificity, paying particular attention to ¶¶ 20 and 24 of the complaint. The court's point is not to create needless burdensome work for counsel, but to narrow the scope of required discovery.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   December 30, 2008

cc:   William D. Pandolph, Esq.
      John J. Peirano, Esq.
      Kimberly A. Capadona, Esq.
      Martha Van Oot, Esq.
      John G. Vanacore, Esq.